Joshua B. Swigart
State Bar No.: 225557
Robert L. Hyde
State Bar No.: 227183
**HYDE & SWIGART**
Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile:  (619) 330-4657

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| KATRINA THOMAS, | Case No.: 07-CV-01179 OWW(SMS) |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| SIMM ASSOCIATES, INC., | JUDGE: HON. OLIVER W. WANGER |
| Defendant. | |

NOTICE IS HEREBY GIVEN by counsel that this action has been settled.  Plaintiff requests this Court to retain complete jurisdiction for 60 days, for entry of dismissal or to allow Plaintiff to reopen the action upon a good faith showing that the settlement has not been completed with Defendant and further litigation is necessary.

Dated: December 3, 2007            Respectfully submitted,

                                     **HYDE & SWIGART**

                                By: /s/ Joshua B. Swigart
                                  **Joshua B. Swigart**
                                  Attorneys for the Plaintiff